IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00731-LTB

CHARLES DALE WOLLNICK,

    Plaintiff,

v.

KAREN D. BENSON,
ROBERT DOUGLAS WOLLNICK, and
ELIZABETH M. MONTGOMERY,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18th day of April, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/K Lyons
                        Deputy Clerk