**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00731-LTB

CHARLES DALE WOLLNICK,

    Plaintiff,

v.

KAREN D. BENSON,
ROBERT DOUGLAS WOLLNICK, and
ELIZABETH M. MONTGOMERY,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion titled "Reconsideration Regarding Order Denying Plaintiff's Motion: Relief From a Judgment Order (Pursuant to Federal R. Civ. P. 60(6) & Civ. R. civ. 59(e)" (ECF No. 14) is DENIED.

Dated: June 19, 2014